UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80157-Cr-Marra

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTONIO BERNARD GAYNUS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE**

    This matter came before the Court on November 30, 2020, a Petition alleging two violations of supervised release. ECF No. 41. Mr. Gaynus commenced his two-year period of supervised release on November 1, 2018. On September 10, 2020, the Probation Office submitted a Petition alleging that he had violated his supervised release by not completing his community service and by refusing to submit to drug testing. At the November 30 hearing, the United States Attorney's Office moved to dismiss the Petition. It indicated that Mr. Gaynus had now complied with his community service requirement. The Probation Officer concurred in the recommendation.

    WHEREFORE, it is RECOMMENDED that the Petition be DISMISSED.

    DONE in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 30th day of November, 2020.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE