UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80157-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO BERNARD GAYNUS,

    Defendant.

_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Petition for Summons for Offender Under Supervision [DE's 41 and 42] and the Magistrate Judge's Report and Recommendation **[DE 49]**. The Court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.** The Petition for Summons [DE's 41 and 42] is **DISMISSED.**

**DONE and ORDERED** at West Palm Beach, Florida, this 8th day of December, 2020.

    KENNETH A. MARRA
    United States District Judge

Copies furnished to:

Magistrate Judge Bruce Reinhart

All counsel